Janet SWENSON, individually and as trustee for the heirs at law and next of kin of Edward C. Swenson, Respondent,

v.

The EMERSON ELECTRIC COMPANY,
defendant and third party
plaintiff, Appellant,

The A.O. SMITH CORPORATION,
defendant and third party
plaintiff, Appellant,

v.

LAKE REGION COOPERATIVE, third
party defendant, Respondent.

No. C8–84–188.

Supreme Court of Minnesota.

Feb. 6, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Emerson Electric Company for further *review* of the decision of the Court of Appeals be, and the same is, *granted.* Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.